Jodi K. Swick No. 228634
Charan M. Higbee No. 148293
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone:   510.628.2145
Facsimile:    510.628.2146
Email: jodi.swick@mhllp.com
       charan.higbee@mhllp.com

Wendy L. Furman\*
**McDOWELL HETHERINGTON LLP**
2010 N.W. Corporate Blvd., Suite 316
Boca Raton, FL  33431
Telephone:   561.430.3025
Facsimile:    561.982.8985
Email: wendy.furman@mhllp.com
\* (*pro hac vice* application pending)

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD GANTT,<br><br>    Plaintiff,<br><br>    v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND OPEN DOOR COMMUNITY HEALTH CENTERS EMPLOYEE BENEFIT PLAN,<br><br>    Defendants. | Case No. 4:18-cv-02401-HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>**[L.R. 6-1(a)]**<br><br>Complaint Filed: April 20, 2018 |

**IT IS HEREBY STIPULATED**, by and between plaintiff Todd Gantt ("plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln National"), through their attorneys of record, as follows:

1.      Lincoln National was served with plaintiff's Complaint [Doc. 1 filed in this action] ("the Complaint") on May 1, 2018;

2. Lincoln National's answer or other response to the Complaint currently is due on or before May 22, 2018;

3. Plaintiff and Lincoln National have agreed that the deadline for Lincoln National to answer or otherwise respond to the Complaint shall be extended to June 5, 2018; and

4. This extension will not alter the date of any event or deadline already fixed by Court order.

Dated: May 10, 2018  McDOWELL HETHERINGTON LLP


By:  /s/ Charan M. Higbee
    Jodi K. Swick
    Charan M. Higbee

Attorneys for Defendant
The Lincoln National Life Insurance Company

Dated:  May 10, 2018  KANTOR & KANTOR, LLP


By:  /s/ Andrew M. Kantor
    Andrew M. Kantor

Attorneys for Plaintiff
Todd Gantt

## **ORDER**

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered as follows:

1. Defendant The Lincoln National Life Insurance Company shall have to and including June 5, 2018 to answer or otherwise respond to plaintiff's Complaint [Doc. 1 filed in this action].

///

///

///

**IT IS SO ORDERED.**

Dated: May 10, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.