1  Jodi K. Swick No. 228634
   Charan M. Higbee No. 148293
2  **McDOWELL HETHERINGTON LLP**
   1 Kaiser Plaza, Suite 340
3  Oakland, CA 94612
   Telephone:   510.628.2145
4  Facsimile:   510.628.2146
   Email: jodi.swick@mhllp.com
5          charan.higbee@mhllp.com

6  Wendy L. Furman, Florida Bar No. 0085146*
   **McDOWELL HETHERINGTON LLP**
7  2010 N.W. Corporate Blvd., Suite 316
   Boca Raton, FL  33431
8  Telephone:   561.430.3025
   Facsimile:   561.982.8985
9  Email: wendy.furman@mhllp.com
   * (*pro hac vice* application to be filed)

Attorneys for Defendants
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
AND GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF OPEN DOOR COMMUNITY HEALTH CENTERS
(SUED HEREIN AS "OPEN DOOR COMMUNITY HEALTH CENTERS EMPLOYEE BENEFIT PLAN")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD GANTT,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND OPEN DOOR COMMUNITY HEALTH CENTERS EMPLOYEE BENEFIT PLAN,<br><br>Defendants. | Case No. 4:18-cv-02401-HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF OPEN DOOR COMMUNITY HEALTH CENTERS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>[L.R. 6-1(a)]<br><br>Complaint Filed: April 20, 2018 |

**IT IS HEREBY STIPULATED**, by and between plaintiff Todd Gantt ("plaintiff") and

Defendant Group Long Term Disability Insurance For Employees Of Open Door Community

Health Centers, sued herein as "Open Door Community Health Centers Employee Benefit Plan,"

("the Plan"), through their attorneys of record, as follows:

1. The Plan has been served with the summons and plaintiff's Complaint [Doc. 1 filed in this action] ("the Complaint");

2. Plaintiff and the Plan have agreed that the deadline for the Plan to answer or otherwise respond to the Complaint shall be extended to June 5, 2018; and

3. This extension will not alter the date of any event or deadline already fixed by Court order.

Dated: May 24, 2018     McDOWELL HETHERINGTON LLP

By:     /s/ Charan M. Higbee
    Jodi K. Swick
    Charan M. Higbee

Attorneys for Defendants
The Lincoln National Life Insurance Company and
Group Long Term Disability Insurance For Employees
Of Open Door Community Health Centers

Dated: May 24, 2018     KANTOR & KANTOR, LLP

By:     /s/ Andrew M. Kantor
    Andrew M. Kantor

Attorneys for Plaintiff
Todd Gantt

### **ORDER**

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered as follows:

1. Defendant Group Long Term Disability Insurance For Employees Of Open Door Community Health Centers shall have to and including June 5, 2018 to answer or otherwise

respond to plaintiff's Complaint [Doc. 1 filed in this action].

**IT IS SO ORDERED.**

Dated: May 24, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.