UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Todd Gantt

    Plaintiff(s)

v.

The Lincoln National Life Ins. Co.

    Defendant(s)

CASE No C 4:18-cv-02401-HSG

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*) Doug DeVries - Judicate West

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: October 31, 2018

Date: July 16, 2018     /s/ Andrew M. Kantor
                               Attorney for Plaintiff

Date: July 16, 2018     /s/ Charan M. Higbee
                               Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 7/17/2018

*[signature: Haywood S. Gilliam Jr.]*

U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 5-1-2018*