Michelle L. Roberts, State Bar No. 239092
Email: mroberts@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Suite 105
Alameda, CA 94501
Tel: (510) 992-6130
Fax: (510) 280-7564

Andrew M. Kantor – State Bar No. 303093
Glenn R. Kantor – State Bar No. 122643
KANTOR & KANTOR, LLP
19839 Nordhoff St.
Northridge, CA 91324
Tel. (818) 886-2525
Fax (818) 350-6272
akantor@kantorlaw.net

Attorneys for Plaintiff
TODD GANTT

Jodi K. Swick, State Bar No. 228634
Charan M. Higbee, State Bar No. 148293
McDOWELL HETHERINGTON LLP
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Tel: (510) 628-2145
Fax: (510) 628-2146
Email: Jodi.swick@mhllp.com
Charan.higbee@mhllp.com

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD GANTT,<br><br>    Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND OPEN DOOR COMMUNITY HEALTH CENTERS EMPLOYEE BENEFIT PLAN,<br><br>    Defendants. | **Case Number: 4:18-cv-02401-HSG**<br><br>**JOINT STIPULATION AND SCHEDULING ORDER**<br><br>District Judge Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 7-12 and the Court's instruction to counsel for the above-referenced parties at the Initial Case management Conference, which was held on August 7, 2018, the parties hereby submit the following proposed schedule for filing cross-motions for judgment under FRCP 52:

- Cross-motions for Judgment: January 3, 2019

- Opposition/Reply briefs: January 24, 2019

SCHEDULING ORDER; Case No. 4:18-cv-02401-HSG

- Hearing on the motions: February 7, 2019

DATED: August 9, 2018            KANTOR & KANTOR, LLP

By:    */s/ Michelle L. Roberts*
       Michelle L. Roberts
       Attorneys for Plaintiff,
       Todd Gantt

DATED: August 9, 2018            McDOWELL HETHERINGTON LLP

By:    */s/ Charan M. Higbee*
       Charan M. Higbee
       Attorneys for Defendant,
       The Lincoln National Life Insurance Co.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The court hereby adopts the following case schedule:

- Cross-motions for Judgment under FRCP 52 are to be filed on or before January 3, 2019
- Opposition/Reply briefs are to be filed on or before January 24, 2019
- Hearing on the motions: February 7, 2019 at 2:00 p.m., or as soon thereafter as may be practicable

Dated: August 9, 2018

                                                   Hon. Haywood S. Gilliam, Jr.
                                                   United States District Judge