1  Jodi K. Swick No. 228634
   Charan M. Higbee No. 148293
2  **McDOWELL HETHERINGTON LLP**
   1 Kaiser Plaza, Suite 340
3  Oakland, CA 94612
   Telephone:   510.628.2145
4  Facsimile:    510.628.2146
   Email: jodi.swick@mhllp.com
5         charan.higbee@mhllp.com

6  Attorneys for Defendant
   THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD GANTT,<br><br>    Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND OPEN DOOR COMMUNITY HEALTH CENTERS EMPLOYEE BENEFIT PLAN,<br><br>    Defendants. | Case No. 4:18-cv-02401-HSG<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND ORDER**<br><br>[F.R.C.P. 41] |

**IT IS HEREBY STIPULATED**, pursuant to Federal Rule of Civil Procedure 41(a), by and between plaintiff Todd Gantt and Defendant The Lincoln National Life Insurance Company, through their attorneys of record, that the above-entitled action may be dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: October 10, 2018 | McDOWELL HETHERINGTON LLP |
| 2 | | |
| 3 | | By: /s/ Charan M. Higbee |
| 4 | | Charan M. Higbee |
| 5 | | Attorneys for Defendant |
| 6 | | The Lincoln National Life Insurance Company |
| 7 | Dated: October 10, 2018 | KANTOR & KANTOR, LLP |
| 8 | | |
| 9 | | |
| 10 | | By: /s/ Andrew M. Kantor |
| | | Glenn R. Kantor |
| 11 | | Andrew M. Kantor |
| 12 | | Attorneys for Plaintiff |
| | | Todd Gantt |

# **ORDER**

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered as follows:

1. This action hereby is dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: October 10, 2018

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.